NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN WILLIAM ARRENDONDOLOPEZ,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-2351

---

Petition for review of the Merit Systems Protection Board in No. PH-0714-17-0438-C-1.

---

## O R D E R

The petitioner having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                          ARRENDONDOLOPEZ V. DVA

accordance with the rules.

                                    FOR THE COURT

November 17, 2023
        Date                        /s/ Jarrett B. Perlow
                                    Jarrett B. Perlow
                                    Clerk of Court


**ISSUED AS A MANDATE:** November 17, 2023